# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DARRELL PATTERSON,

        Plaintiff,

v.                                                  Case No:  6:14-cv-2108-Orl-18KRS

WALGREEN CO.,

        Defendant.

---

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT:

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S SECOND AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL (Doc. No. 28)** |
| **FILED:** | February 1, 2016 |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED.**

### I. BACKGROUND.

Plaintiff Darrell Patterson filed his complaint against Defendant Walgreen Co. on December 24, 2014. Doc. No. 1. He alleged in three counts that Defendant discriminated against him, failed to accommodate him and retaliated against him for exercise of his religious beliefs, which precluded him from working on Friday evenings and on Saturday. *Id.* He requested compensatory and punitive damages, equitable relief in the form of reinstatement or future lost pay, and injunctive relief. *Id.* at 8-9.

*approved*
*to Ro Or Down*
*11 May 16*

*KENDALL SHARP*
*U.S. DISTRICT JUDGE*