# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DARRELL PATTERSON,**

      **Plaintiff,**

CASE NO.: 6:14-CV-2108-ORL-18KRS

v.

**WALGREEN CO.,**

      **Defendant.**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, DARRELL PATTERSON, by and through his undersigned attorneys, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the District Court's Order (Doc 84), entered on October 4, 2016, which granted Summary Judgment in favor of Defendant, Walgreen Co., the clerk's Judgment in a Civil Case (Doc 85), entered by this Court on October 5, 2016, and all interlocutory decisions and orders prior thereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Gregory Alan Hearing, Esquire (ghearing@tsghlaw.com), Sacha Dyson, Esquire (sdyson@tsghlaw.com), and

Benjamin W. Bard, Esquire (bbard@tsghlaw.com), Attorneys for Defendant, Thompson, Sizemore, Gonzalez & Hearing, P.A., P.O. Box 639, Tampa, Florida 33601.

**BURRUEZO & BURRUEZO, PLLC**

/s/ *Carlos J. Burruezo, Esq.*
CARLOS J. BURRUEZO, ESQ.
Florida Bar Number 843458
carlos@burruezolaw.com
docketing@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905

/s/ *Todd R. McFarland, Esq.*
Todd R. McFarland, Esq.
mcfarlandt@gc.adventist.org
General Conference of Seventh-day Adventists
12501 Old Columbia Pike
Silver Spring MD 20904-6600
Telephone: 301.680.6321
Facsimile: 301.680.6329

Attorneys for Plaintiff, DARRELL PATTERSON