# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 24, 2020

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Darrell Patterson
        v. Walgreen Co.
        No. 18-349
        (Your No. 16-16923)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.  Justice Alito, with whom Justice Thomas and Justice Gorsuch join, concurring in the denial of certiorari. (Detached opinion).

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk